```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10694
   LUIS MERIDA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1696


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/15/2007 and was not confirmed.

    The case was dismissed without confirmation 11/05/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE         .00           .00          .00
CAPITAL ONE              UNSECURED          495.38           .00          .00
ECAST SETTLEMENT CORP    UNSECURED         1018.96           .00          .00
HSBC CARSON              UNSECURED         NOT FILED         .00          .00
NICOR GAS                UNSECURED          140.54           .00          .00
TCF BANK                 UNSECURED         NOT FILED         .00          .00
RESMAE MORTGAGE CORPOR   UNSECURED         NOT FILED         .00          .00
SEARS ROEBUCK            UNSECURED         NOT FILED         .00          .00
HSBC BANK USA            NOTICE ONLY       NOT FILED         .00          .00
ASSET ACCEPTANCE LLC     UNSECURED         1763.49           .00          .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,873.00                     634.36
TOM VAUGHN               TRUSTEE                                        43.37
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  677.73

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   634.36
TRUSTEE COMPENSATION                              43.37
DEBTOR REFUND                                       .00
                     ---------------       ---------------
TOTALS                   677.73                  677.73




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10694 LUIS MERIDA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08
                                        /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE